B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

In re  Rachel Carter Gordon _____,        Case No.  14-50988

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

*A CLAIM HAS BEEN FILED IN THIS CASE* or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

_____
Name of Transferee

Name and Address where notices to transferee should be sent:
C/O SN Servicing Corp.
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 7875

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

Specialized Loan Servicing LLC as servicing agent for FV-1, Inc. in trust for Morgan Stanley Mortgage Capital Holdings LLC

_____
Name of Transferor

Court Claim # (if known): 1-1
Amount of Claim: $56,655.53
Date Claim Filed: 09/12/2014

Phone: 800-315-4757
Last Four Digits of Acct. #: 1349

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____        Date: 9/26/16
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

 **SN SERVICING CORPORATION**
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

August 30, 2016

RACHEL C GORDON
602 PINEY GRV RD
KERNERSVILLE NC  27284

RE:  **New Loan Number**      .7875
      Old Loan Number:        1349
      Collateral: 1885 BROOKFORD ROAD; KERNERSVILLE NC

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred.  If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605).  When a state law requires this notice, this notice is being provided to you under state law.  When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Specialized Loan Servicing, LLC to SN Servicing Corporation for Igloo Series II Trust, effective August 25, 2016.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing.  Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Specialized Loan Servicing, LLC. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (800) 315-4SLS Monday through Friday, between 6:00 a.m. and 6:00 p.m. Mountain Time.  This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Jody Lee at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is August 24, 2016.  The date that your new servicer will start accepting payments from you is  August 25, 2016.  Send all payments on or after August 25, 2016 to your new servicer.

**Make your payments payable to:**        **SN Servicing Corporation**

**Mail your payments to:**                **SN Servicing Corporation**
                                          **PO BOX 660820**
                                          **DALLAS, TX 75266-0820**

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage.  You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.