UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

IN RE:  CASE NO. 14-50988
 CHAPTER 13
RACHEL CARTER GORDON

 JUDGE CATHARINE R. ARON

 DEBTOR  NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, KATHRYN L. BRINGLE files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US BANK TRUST NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
|  | 7875 | $14,581.25 | $14,581.25 | $14,581.25 |
| Total Amount Paid by Trustee |  |  |  | $14,581.25 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

  _X_  Through the Chapter 13 Conduit         ___ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**The May 2019 payment was mailed 5/2/19 via check #1021377.**

CASE NO. 14-50988

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 14th day of May, 2019.

RACHEL CARTER GORDON, C/O SAM SEAWELL, 1835 BROOKFORD ROAD, KERNERSVILLE, NC 27284

ELECTRONIC SERVICE - DAMON DUNCAN, DUNCAN LAW PLLC, 628 GREEN VALLEY RD STE 304, GREENSBORO, NC 27408

US BANK TRUST NA, TRUSTEE IGLOO SERIES II TRUST, %SN SERVICING CORP, 323 5TH ST, EUREKA, CA 95501

Date: May 14, 2019

/s/ KATHRYN L. BRINGLE
KATHRYN L. BRINGLE
Chapter 13 Trustee
P O BOX 2115
WINSTON-SALEM, NC 27102-2115